**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL TAINO, individually and on
behalf of those similarly situated,

                 Plaintiff,

  -against-                                     23 **CIVIL** 5371 (VSB)

                                                        **JUDGMENT**

BOW TIE CINEMAS, LLC,

                 Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2025, Defendant's motion to compel arbitration is DENIED and Defendant's motion to dismiss is GRANTED. Accordingly, Plaintiff's request to amend is DENIED and his claim is DISMISSED with prejudice; the case is closed.

**Dated:**  New York, New York

        September 16, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                              **BY:**

                                                                **Deputy Clerk**